## APPEAL OF DAVID SONENBLICK.

Docket No. 3665.        Decided September 23, 1926.

*David Sonenblick* pro se.
*F. O. Graves, Esq.*, for the Commissioner.

This is an appeal from the determination of a deficiency in income tax in the amount of $256.93 for the calendar year 1923. The error alleged is the failure of the Commissioner to allow a deduction of $5,904 claimed to represent traveling expenses.

FINDINGS OF FACT.

The taxpayer is an individual residing in New York City. During 1923 he was employed as a traveling salesman on a straight commission basis. During the year he spent 252 days on the road, dur-

ing which he incurred and paid expenses which he itemized as follows:

| | |
|---|---:|
| Railroad fares | $915 |
| Pullman fares | 195 |
| Excess baggage charges | 610 |
| Hotels | 1,260 |
| Meals | 1,135 |
| Sample carriers | 378 |
| Models | 400 |
| Baggage transfer | 258 |
| Entertaining customers | 365 |
| Tips to porters and bellboys | 190 |
| Telephone and telegraph | 45 |
| Laundry | 72 |
| Valet | 36 |
| Busses and taxi fares | 45 |
| Total | 5,904 |

The total amount of commissions earned by him during 1923 was $7,400.

### OPINION.

MORRIS: The evidence is not sufficient to warrant the deduction of $378 for sample carriers, $400 for models, $365 for entertaining customers, $190 for tips to porters and bell boys, $45 for telephone and telegraph, and $45 for busses and taxi fares. The amounts of $72 for laundry and $36 for valet represent personal expenses and therefore are not deductible. We are satisfied that the other amounts were expended as itemized above. They are therefore deductible under section 214 (a) (1) of the Revenue Act of 1921.

*Order of redetermination will be entered on 10 days' notice, under Rule 50.*